82,780-01

Tr. Ct. No 24754 HC-1 WR-82,780-01

Please file this Notice as a part of the record. As well I humbly as this Notice be brought to the judges attention

Thanks Aforehand

David Caserta

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

A. Trial Court has failed to provide their Finding of Fact and Conclusion of Law.

B. Trial Court has failed to provide sworn Affidavit from trial counsel in response to be ineffective: Jennifer Gibo 50 N Main St Paris TX 75460

C. Trial Court has failed to provide sworn Affidavit from appelate counsel in response to being ineffective: Don Biard 38 First Street Northwest Paris Texas 75460

Failure to provide these items, denies me due process of Law. Which hinders this Court in making a fair and just ruling. I ask to be notified of any orders or rulings on the issues above, and to be given time to respond.

I swear under penalty of perjury the above to be true. 2-22-15

David Caserta

David Caserta #1836516
BC Unit 19-Y-52
9601 SPUR 591
Amarillo, TX
79107

CC File
2-22-15